IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARK BENJAMIN,

   Plaintiff,

    v.                                                    CIVIL ACTION FILE
                                                       NO. 1:07-CV-612-TWT

PDQ SERVICES, INC.,

   Defendant.

## OPINION AND ORDER

This is a dispossessory action that was improperly removed to federal court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending that the action be remanded to the State Court of Clayton County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the State Court of Clayton County.

SO ORDERED, this 30 day of April, 2007.

                                                /s/Thomas W. Thrash
                                                THOMAS W. THRASH, JR.
                                                United States District Judge